**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Maria Angelica Pizha Huerta

Petitioner,

v.

Sheriff Joel Brott, David Easterwood, Todd Lyons, Kristi Noem

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00504-JMB-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Maria P. from custody immediately, and in any event no later than 4:00 p.m. CST on January 23, 2026.

2. On or before 11:00 a.m. CT on January 26, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with this Order.

3. Maria P. may move separately within 30 days of final judgment in this action to recover attorney’s fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. To the extent Maria P. seeks additional relief, the Petition is DENIED.

Date: 1/23/2026

KATE M. FOGARTY, CLERK