# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Saul N., | File No. 26-CV-0114 (JMB/DJF) |
| Petitioner, | |
| v. | **Order Scheduling Contempt Hearing** |
| Todd Lyons, *in his capacity as Acting Director, Immigration and Customs Enforcement*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Pamela Bondi, *U.S. Attorney General*; Executive Office for Immigration Review; David Easterwood, *Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*; | |
| Respondents. | |

| | |
|---|---|
| Abdirahman S., | File No. 26-CV-0440 (JMB/DJF) |
| Petitioner, | |
| v. | |
| Kristi Noem, Pamela Bondi, Todd Lyons, David Easterwood, and Eric Tollefson, | |
| Respondents. | |

1

| | |
|---|---|
| Maria P., | File No. 26-CV-0504 (JMB/JFD) |
| Petitioner, | |
| v. | |
| Sheriff Joel Brott, *Sheriff, Warden of Sherburne County Jail, Elk River MN*; David Easterwood, *Acting Director of Minneapolis Field Office, US Immigration and Customs Enforcement*; Todd Lyons, *Acting Director of US Immigration Customs Enforcement (ICE)*; Kristi Noem, *Secretary of the US Department of Homeland Security*; | |
| Respondents. | |

| | |
|---|---|
| Jose P., | File No. 26-CV-0658 (JMB/DJF) |
| Petitioner, | |
| v. | |
| Kristi Noem, *Secretary, U.S. Department of Homeland Security*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement and Removal Operations*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; Pamela Bondi, *Attorney General*; Warden, *ERO Otero Detention Facility, Chapparal, New Mexico*; Executive Office for Immigration Removal | |
| Respondents. | |

| | |
|---|---|
| Daniel D., | File No. 26-CV-0659 (JMB/DLM) |
| Petitioner, | |
| v. | |
| David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement and Removal Operations*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; Pamela Bondi, *Attorney General*, | |
| Respondents. | |
| Yussuf M., | File No. 26-CV-0680 (JMB/LIB) |
| Petitioner, | |
| v. | |
| Donald J. Trump, *President of the United States*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; Pamela Bondi, *Attorney General*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement and Removal Operations*, | |
| Respondents. | |

3

Francisco Z.,            File No. 26-CV-0722 (JMB/DLM)

    Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

    Respondents.

---

Julio C.,            File No. 26-CV-0744 (JMB/DTS)

    Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

    Respondents.

---

Luis P.,            File No. 26-CV-0828 (JMB/DLM)

    Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*;

Immigration and Customs Enforcement; Daren K. Margolin, *Director for Executive Office for Immigration Review*; David Easterwood, *Director, Fort Snelling Field Office, Immigration and Customs Enforcement*,

        Respondents.

---

| | |
|---|---|
| Emilio P., | File No. 26-CV-0850 (JMB/SGE) |
|     Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; | |
|     Respondents. | |

---

| | |
|---|---|
| Luis A., | File No. 26-CV-0874 (JMB/SGE) |
|     Petitioner, | |
| v. | |
| David Easterwood, *Acting Director of St. Paul Field Office, Immigration and Customs Enforcement*; Kristi Noem, *Secretary of the U.S. Department of Homeland Security*; Pamela Bondi, *Attorney General of the United States*; Todd Lyons, *Acting Director of U.S. Immigration and Customs Enforcement in their official capacities*; | |
|     Respondents. | |

| | |
|---|---|
| Edison Q., | File No. 26-CV-0887 (JMB/EMB) |
|        Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement and Removal Operations, St. Paul Field Office*, | |
|        Respondents. | |

| | |
|---|---|
| Hector C., | File No. 26-CV-0923 (JMB/JFD) |
|        Petitioner, | |
| v. | |
| Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in their official capacity as Attorney General of the United States*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; | |
|        Respondents. | |

6

George A.,                                                File No. 26-CV-0983 (JMB/ECW)

    Petitioner,

v.

David Easterwood, *Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement, in their official capacity*; Kristi Noem, *Secretary of the U.S. Department of Homeland Security, in their official capacity*; Pamela Bondi, *Attorney General of the United States, in their official capacity*; Todd Lyons, *Acting Director of U.S. Immigration and Customs Enforcement, in their official capacity*;

    Respondents.

---

Amin Y.,                                                  File No. 26-CV-1006 (JMB/SGE)

    Petitioner,

v.

Kristi Noem, Todd M. Lyons, and David Easterwood,

    Respondents.

---

David H.,                                                 File No. 26-CV-1034 (JMB/DLM)

    Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting*

7

*Director, St. Paul Field Office Immigration and Customs Enforcement*;

   Respondents.

---

Hussein A.,                 File No. 26-CV-1059 (JMB/JFD)

   Petitioner,

v.

Pamela Bondi, *Attorney General, U.S. Department of Justice*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Field Office Director of Immigration and Custody Enforcement and Removal Operations, St. Paul Field Office*,

   Respondents.

---

Carmen S.,                 File No. 26-CV-1105 (JMB/DLM)

   Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

   Respondents.

---

| | |
|---|---|
| Abdi G., | File No. 26-CV-1147 (JMB/ECW) |
| Petitioner, | |
| v. | |
| Kristi Noem, *Secretary, Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Custom* and David Easterwood, | |
| Respondents. | |

| | |
|---|---|
| Alfonso P., | File No. 26-CV-1157 (JMB/LIB) |
| Petitioner, | |
| v. | |
| Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; Pamela Bondi, *Attorney General*; Joel Brott, *Sheriff of Sherburne County* | |
| Respondents. | |

| | |
|---|---|
| Jor Y., | File No. 26-CV-1210 (JMB/DJF) |
| Petitioner, | |
| v. | |
| Kristi Noem, *Secretary, Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Custom* and David Easterwood, | |
| Respondents. | |

| | |
|---|---|
| Felipe C., | File No. 26-CV-1242 (JMB/LIB) |
|       Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; | |
|       Respondents. | |

| | |
|---|---|
| Choeurm C., | File No. 26-CV-1250 (JMB/LIB) |
|       Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd Lyons, *Acting Director of U.S. Immigration and Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; David Easterwood, *Field Office Director for Enforcement and Removal Operations*; John Doe, *Local Detention Authority*; U.S. Immigration and Customs Enforcement; and U.S. Department of Homeland Security; | |
|       Respondents. | |

| | |
|---|---|
| Alex H., | File No. 26-CV-1255 (JMB/DTS) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; | |
| Respondents. | |

| | |
|---|---|
| Carlos F., | File No. 26-CV-1275 (JMB/LIB) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement and Removal Operations, St. Paul Field Office*; Rose Thompson, *Warden, Karnes County Immigration Processing Center*, Field Office Director for San Antonio Field Office, | |
| Respondents. | |

| | |
|---|---|
| Luis P., | File No. 26-CV-1316 (JMB/DLM) |
|       Petitioner, | |
| v. | |
| Pamela Jo Bondi, *in her official capacity as Attorney General of the United States*; Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; | |
|       Respondents. | |

| | |
|---|---|
| Jean V., | File No. 26-CV-1363 (JMB/ECW) |
|       Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; | |
|       Respondents. | |

Segundo A.,                                              File No. 26-CV-1414 (JMB/DLM)

      Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

      Respondents.

---

Thomas R. Anderson III, Anderson & Anderson Law LLC, Minneapolis, MN, for Saul N.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, St. Paul, MN, for Abdirahman S.

Nancy Alaine Peterson, Nancy A. Peterson, St. Paul, MN, for Maria P.

Khanh Ngoc Nguyen, Khanh Nguyen Law Office, LLC, Minneapolis, MN, for Jose P.

Gloria Contreras Edin, Contreras Edin Law, PA, Saint Paul, MN, for Daniel D.

Abdinasir M. Abdulahi, AMA Law Office, LLC, Minneapolis, MN, for Yussuf M.

Tim Phillips, Law Office of Tim Phillips, Minneapolis, MN, for Francisco Z.

m boulette, Minneapolis, MN, for Julio C.

Maria Miller, Martin Law, Bloomington, MN, for Luis P.

Joseph D. Kantor, Guzior Maher Armbrecht, St. Paul, MN; and Sherene Mostaghimi, Gam Law, St. Paul, MN, for Emilio P.

Albert I. Usumanu, Minneapolis, MN, for Luis A. and George A.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Saint Paul, MN, for Edison Q.

Rachel M. Engebretson, Engebretson Law Firm, P.A., Blaine, MN, for Hector C. and Alfonso P.

Abdiqani Jabane, Jabane Law Office, Minneapolis, MN, for Amin Y.

Mackenzie R. Moy, Zelle LLP, Minneapolis, MN, for David H. and Carmen S.

Hannah Brown, Wayzata, MN; Isabelle Plunkett, Roseville, MN; Kelsey Allen, Davis & Goldfarb, PLLC, Minneapolis, MN; and Kelsey Hines, Hines Immigration Law, PLLC, Roseville MN, for Hussein A.

John R. Browning, Hennepin County Adult Representation, Minneapolis, MN, for Abdi G.

Daniel P. Suitor, Daniel P. Suitor LLP, Minneapolis, MN, for Jor Y.

Taylor Jon Volkman, I, Taylor Volkman, Esq., Minneapolis, MN, for Felipe C.

Nicholas Ratkowski, Ratkowski Law PLLC, St. Paul, MN, for Choeurm C.

John Hayden, Quantum Lex PA, Minneapolis, MN, for Alex H.

Ellen Soskin and Shannon L. Bjorklund, Dorsey & Whitney LLP, Minneapolis, MN, for Carlos F.

Sly Onyia, Onyia Law LLC, Minneapolis, MN, for Luis P.

Mary Elizabeth Boyce, Schmidt & Salita Law Team, Minnetonka, MN, for Jean V.

Segundo A., Minneapolis, MN, self-represented.

---

Anthony Barrows, Trevor Brown, David Hackworthy, Matthew Isihara, Jesus Cruz Rodriguez, David Fuller, and Daniel Rosen, United States Attorney's Office, Minneapolis, MN, for Respondents.

---

These habeas cases come before the Court for the enforcement of the Court's prior orders. In each case, the Court ordered the release of Petitioners, all of whom had been unlawfully detained by Respondents. Additionally, in each case, the Court ordered Respondents to return all personal belongings taken from Petitioners during their unlawful

detention because Respondents have no lawful claim to such property.[1]  The property at issue includes personal belongings such as cash, cellphones, jewelry, driver's licenses, work permits, passports, clothing, and other identification and immigration documents.

In light of Respondents' numerous unlawful violations of court orders in these and other recent habeas cases, *see, e.g.*, *Juan T.R. v. Noem, et al.*, 26-CV-0107 (PJS/DLM), Doc. 10-1 (D. Minn. Jan. 28, 2026), on February 20, 2026, the Court ordered Respondents "to immediately return all property in their possession, custody, or control to Petitioner's counsel" and to file declarations "by an individual with personal knowledge pursuant to 28 U.S.C. § 1746 confirming that all property of Petitioner was returned to Petitioner and attaching documentation of that fact."  The Court notified Respondents that if they did not comply by 11:00 a.m. on February 25, 2026, they would face contempt proceedings.  As of the date of this Order, Respondents have not complied.[2]  The Court cannot ignore Respondents' unlawful conduct.

Therefore, IT IS HEREBY ORDERED that:

1. A combined contempt hearing for the above-captioned cases is set for Tuesday, March 3, 2026, at 10:00 a.m. in Courtroom 3B of the Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street,

---

[1] The Court provided one caveat: if Respondents or their agents confiscated any documents from a petitioner that were subject to retention after a petitioner's release, Respondents could provide certified copies of such documents to that petitioner's counsel in lieu of return of the actual documents.

[2] It is true that, in some cases, Respondents filed a statement noting that neither counsel nor their client was "currently aware of any property return issues," or similar.  The wording of this response suggests that Respondents do not know whether property has been returned.  In this way, such responses are incomplete and evasive and do not comply with the Court's February 20 Order, which requires confirmation that all property has been returned *and* documentation of the same.

15

      St. Paul, Minnesota.

2. At the contempt hearing, Respondents must show cause why they should not be held in civil or criminal contempt in each of the above-captioned cases for the following conduct:

    a. failing to comply with the Court's Orders, including the February 20, 2026 Order, requiring Respondents to immediately return all property of a petitioner in their possession, custody, or control, to counsel for each petitioner;

    b. failing to comply with the Court's Orders, including the February 20, 2026 Order, requiring Respondents to provide documentation of the return of property.

3. The following individuals must appear before the Court at the hearing:

    a. David W. Fuller, Assistant United States Attorney and Acting Chief of the Civil Division of the Minnesota United States Attorney's Office;

    b. Daniel Rosen, United States Attorney for the District of Minnesota;

    c. a representative (or representatives) of Immigration and Customs Enforcement who had notice of the Court's previous Orders in each of the above-captioned cases concerning return of property and documentation of that fact, and was (or were) directly or indirectly responsible for Petitioners' custody, transportation, and release; and

    d. Petitioners' counsel.

4. Should the parties in any of the above-captioned cases file a written stipulation prior to 9:00 a.m. on Tuesday, March 3, 2026, affirming that all property has been returned to that petitioner, the Court will consider canceling the hearing as to their specific case.

Dated: February 26, 2026                    /s/ *Jeffrey M. Bryan*  
                                                                            Judge Jeffrey M. Bryan  
                                                                            United States District Court